IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

THOMAS GARCIA SINGLETON, )
)
    Plaintiff, )
)
v. ) Civil Action No. 3:15CV200–HEH
)
Dr. EMRAN, *et. al*, )
)
    Defendants. )

## MEMORANDUM OPINION
(Dismissing Action Without Prejudice)

By Memorandum Order entered on April 8, 2015, the Court conditionally docketed Plaintiff's action. At that time, the Court warned Plaintiff that he must keep the Court informed as to his current address or if he was released. By Memorandum Opinion and Order entered on January 27, 2017, the Court granted in part and denied in part Defendants' Motions to Dismiss. On February 10, 2017, the United States Postal Service returned a copy of the Memorandum Opinion and Order sent to Plaintiff marked, "RETURN TO SENDER," "VACANT," and "UNABLE TO FORWARD." Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the remaining action will be dismissed without prejudice.

An appropriate Order shall accompany this Memorandum Opinion.

                                                  /s/
                                  HENRY E. HUDSON
Date: Feb 27 2017         UNITED STATES DISTRICT JUDGE
Richmond, Virginia